ANDREA T. MARTINEZ, Acting United States Attorney (#9313)
JAMIE Z. THOMAS, Assistant United States Attorney (#9420)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

FILED US District Court -UT
APR 28 '21 PM05:40

# SEALED

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, | INDICTMENT |
| Plaintiff, | Counts 1-4: Bank Fraud, 18 U.S.C. §§ 1344 and 2 |
| vs. | Counts 5-8: Aggravated Identity Fraud, 18 U.S.C. §§ 1028(A) and 2 |
| DEVIN DAVID MANN EREKSON, | Count 9: Possession of Stolen Mail, 18 U.S.C. § 1708 |
| Defendant. | Count 10: Theft of Government Property, 18 U.S.C. § 641 |

Case: 2:21-cr-00186
Assigned To : Parrish, Jill N.
Assign. Date : 4/28/2021

The Grand Jury charges:

## COUNTS 1-4
18 U.S.C. §§1344 and 2
(Bank Fraud)

## SCHEME AND ARTIFICE TO DEFRAUD

1.      Beginning on or about September 22, 2020 and continuing through at least March

5, 2021 in the District of Utah and elsewhere,

DEVIN DAVID MANN EREKSON,

Defendant herein, together with others known and unknown to the Grand Jury, did knowingly devise and execute and attempt to execute a scheme and artifice to defraud individuals and financial institutions including Mountain America Credit Union ("MACU"), America First Credit Union ("AFCU"), and other financial institutions as defined by 18 U.S.C. § 20, and to obtain moneys and funds owned by and under the custody and control of said financial institutions by means of false pretenses, representations, and promises, and the scheme and artifice consisted of the following conduct:

2.      EREKSON, together with others known and unknown to the Grand Jury, stole mail and committed vehicle burglaries in order to obtain personal identifying information including identifying documents such as driver licenses and Social Security cards, checks, debit cards, and credit cards for the purpose of obtaining funds belonging to other persons and financial institutions.

3.      EREKSON, together with others known and unknown to the Grand Jury, used personal identifying information to forge checks and through means of such forgeries, obtain funds from financial institutions.

**MANNER AND MEANS OF THE SCHEME AND ARTIFICE TO DEFRAUD**

4.      In execution and in furtherance of the scheme and artifice to defraud, on or about October 7, 2020, EREKSON broke into a vehicle belonging to T.D. in North Salt Lake, Utah and stole items including T.D.'s driver license.

5.      In furtherance of the scheme, on or about September 23, 2020, EREKSON obtained checks belonging to T.C. by burglarizing T.C.'s vehicle in Draper, Utah. EREKSON made several checks payable to T.D. in the amounts of $1500, $1,700, $1,900, $1,600, and $2,300, and using T.D.'s driver license that EREKSON had stolen, presented the financial

instruments to various MACU branches on October 7, 2020 with the intent to negotiate the stolen instruments, which did not belong to EREKSON to obtain money under the custody and control of MACU, in violation of 18 U.S.C. § 1344.

6.      In furtherance of the scheme, between September 22, 2020 and March 5, 2021, EREKSON used the identities of T.D., O.S., R.B., M.T., and others without their permission and knowledge, and while purporting to be T.D., O.S., R.B., M.T. and others, presented stolen or forged financial instruments to various branches of MACU with the intent to negotiate the stolen or forged financial instruments which did not belong to EREKSON to obtain money under the custody and control of MACU, in violation of 18 U.S.C. §§ 1344 and 2.

7.      It was further part of the scheme and artifice to defraud that EREKSON presented stolen or forged checks at the following institutions for the purpose of obtaining money under the custody and control of the financial institutions described in the counts below:

| Count | On or About Date | Financial Institution and Account Owner | Transaction | Amount |
|---|---|---|---|---|
| 1 | 9/9/20 | MACU/Freedom Bridge Investments | Presented a check to MACU which had been stolen in a vehicle burglary and belonged to Freedom Bridge Investments using the stolen identification of O.S. | $1400 |
| 2 | 10/7/20 | MACU/T.C. | Presented a check to MACU which had been stolen and belonged to T.C. using the stolen identification of T.D. | $1500 |

3

| Count | On or About Date | Financial Institution and Account Owner | Transaction | Amount |
|---|---|---|---|---|
| 3 | 12/22/20 | MACU/J.A. | Presented a check to MACU which had been stolen and belonged to J.A. using the stolen identification of R.B. | $1200 |
| 4 | 1/7/21 | AFCU/WJ Holdings | Presented a check to AFCU which had been stolen and belonged to WJ Holdings using the stolen identification of M.T. | $1400 |

All in violation of 18 U.S.C. §§ 1344 and 2.

## COUNTS 5-8

18 U.S.C. §§ 1028A and 2
(Aggravated Identity Fraud)

On or about the dates listed below, in the District of Utah,

DEVIN DAVID MANN EREKSON,

defendant herein, aided and abetted by others known and unknown to the Grand Jury, did

knowingly transfer and possess and use, without lawful authority, a means of identification of other

persons, T.D., O.S., R.B., and M.T., actual individuals who names are known to the United States,

during and in relation to a felony enumerated in 18 U.S.C. § 1028A(c), to wit: Bank Fraud, in

violation of 18 U.S.C. § 1344, as alleged in Counts 1-4 of this Indictment, knowing that each

means of identification belonged to other actual persons, all in violation of 18 U.S.C. §

1028(A)(a)(1), as described in the counts below:

4

| Count | On or About Date | Identification of Another Person | Enumerated Felony |
|---|---|---|---|
| 5 | 9/9/20 | Stolen identification of O.S. | Bank Fraud as alleged in Count 1, which is incorporated by reference herein |
| 6 | 10/7/20 | Stolen identification of T.D. | Bank Fraud as alleged in Count 2, which is incorporated by reference herein |
| 7 | 12/22/20 | Stolen identification of R.B. | Bank Fraud as alleged in Count 3, which is incorporated by reference herein |
| 8 | 1/7/21 | Stolen identification of M.T. | Bank Fraud as alleged in Count 4, which is incorporated by reference herein |

All in violation of 18 U.S.C. §§ 1028(A)(a)(1) and 2.

## COUNT 9
18 U.S.C. §§ 1708
(Possession of Stolen Mail)

On or about February 9, 2021, in the District of Utah,

DEVIN DAVID MANN EREKSON,

defendant herein, did unlawfully have in his possession articles which had been contained within

mail that had been stolen from a mail receptacle, to wit: pieces of mail belonging to M.R., K.W.,

and J.R., and knowing the same to have been stolen;

All in violation of 18 U.S.C. § 1708.

## COUNT 10
18 U.S.C. § 641
(Theft of Government Property)

On or about February 4, 2021, in the District of Utah,

DEVIN DAVID MANN EREKSON,

defendant herein, willfully and knowingly did steal and purloin property of a value exceeding

$1,000 of the goods and property of the United States;

All in violation of 18 U.S.C. § 641.

A TRUE BILL:

/s/

FOREPERSON OF THE GRAND JURY

ANDREA T. MARTINEZ
Acting United States Attorney

_Jamie Thomas_

JAMIE Z. THOMAS
Assistant United States Attorney

6